United States District Court
Southern District of Texas

**ENTERED**

April 06, 2018

David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JYC ENTERPRISE, INC.** | § | |
|     *PLAINTIFF* | § | |
| | § | |
| **v.** | § | CIVIL ACTION NO. 4:16-CV-2437 |
| | § | |
| **ALLIED PROPERTY AND CASUALTY** | § | |
| **INSURANCE COMPANY** | § | |
|     *DEFENDANT* | § | |

<u>ORDER GRANTING PLAINTIFF'S MOTION FOR DISMISSAL</u>

Came to be considered the Plaintiff's Motion for Dismissal. The Court, having read the Motion, is of the opinion that the Motion should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that all claims made in this lawsuit are hereby dismissed without prejudice and that this matter is CLOSED.

Signed this ___5___ day of __Apr__, 2018.

_____
UNITED STATES DISTRICT JUDGE

**ORDER GRANTING PLAINTIFF'S MOTION FOR DISMISSAL**                    **SOLO PAGE**